JANUARY 19, 1956.

No. 471, Misc. ROBERTS v. MICHIGAN. On petition for writ of certiorari to the Supreme Court of Michigan. Dismissed on motion of petitioner pursuant to Rule 60 of the Rules of this Court.

JANUARY 23, 1956.

No. 100. LANSKY ET AL. v. SAVORETTI, DISTRICT DIRECTOR, IMMIGRATION AND NATURALIZATION SERVICE. On petition for writ of certiorari to the Circuit Court of Appeals for the Fifth Circuit. *Per Curiam:* The petition for writ of certiorari is granted and the judgment is reversed. *United States* v. *Minker,* 350 U. S. 179. *David W. Walters* for petitioners. *Solicitor General Sobeloff* for respondent.

No. 387, Misc. HICE v. JOHNSTON, WARDEN. Motion for leave to file petition for writ of certiorari denied.

No. 393, Misc. CASTELLANOS v. UNITED STATES. Motion for leave to file petition for writ of certiorari denied.

No. 404, Misc. JORDAN v. PEGELOW, SUPERINTENDENT, DISTRICT OF COLUMBIA REFORMATORY. Motion for leave to file petition for writs of mandamus and prohibition denied.

No. 555. SUGDEN ET UX. v. UNITED STATES. C. A. 9th Cir. Certiorari granted. *Frank L. Snell* for petitioners. *Solicitor General Sobeloff, Assistant Attorney General Olney, Beatrice Rosenberg* and *Felicia Dubrovsky* for the United States.